FILED

VANESSA L. ARMSTRONG, CLERK

SEP 18 2012

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

INFORMATION

vs.

No. __1:12CR-30-M__
21 U.S.C. § 843(a)(3)
18 U.S.C. § 1028A

ELIZABETH A. SMITH

The United States Attorney Charges:

### COUNT 1

On or about and between April 2011 and January 2012, in the Western District of Kentucky,

Barren County, Kentucky, and elsewhere, the defendant, **ELIZABETH A. SMITH,** knowingly

acquired possession of hydrocodone, a Schedule III controlled substance, by misrepresentation or

fraud, to wit:  **SMITH** used patient names and doctor names and DEA numbers to draft fraudulent

prescriptions for hydrocodone pills, and **SMITH** filled those fraudulent prescriptions and took

possession of the hydrocodone.

In violation of Title 21, United States Code, Section 843(a)(3).

The United States Attorney further charges:

### COUNT 2

On or about December 12, 2011, in the Western District of Kentucky, Barren County,

Kentucky, the defendant, **ELIZABETH A. SMITH,** used a means of identification of another

person in furtherance of wire fraud, to wit: **SMITH** used K.R.'s name and doctor G.S.'s name and DEA number, without K.R.'s or G.S.'s knowledge or authority, to create a fraudulent prescription for hydrocodone. **SMITH** entered the prescription into Walgreens' computer system, causing an interstate wire transmission, and also defrauded Walgreens of property and money by fraudulent pretenses by reducing the amount due for the prescription from $137.94 to $20.

In violation of Title 18, United States Code, Section 1028A.


The United States Attorney further charges:

COUNT 3

On or about January 5, 2012, in the Western District of Kentucky, Hopkins County, Kentucky, the defendant, **ELIZABETH A. SMITH**, used a means of identification of another person in furtherance of wire fraud, to wit: **SMITH** used T.R.'s name and doctor S.S.'s name and DEA number, without T.R.'s or S.S.'s knowledge or authority, to create a fraudulent prescription for hydrocodone. **SMITH** entered the prescription into Walgreens' computer system, causing an interstate wire transmission, and also defrauded Walgreens of property and money by fraudulent pretenses by reducing the amount due for the prescription from $131.37 to $5.

In violation of Title 18, United States Code, Section 1028A.

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:DW:jb:08292012

UNITED STATES OF AMERICA v. ELIZABETH A. SMITH

## P E N A L T I E S

Count 1:          NM 4 yrs./$250,000/both/NM 1 yr. Supervised Release
Counts 2 & 3:     2 yrs./$250,000/both/NM 1 yr. Supervised Release

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

## SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:          $ 25 per count/individual          Felony:          $100 per count/individual
                      $125 per count/other                                $400 per count/other

## FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     For offenses occurring after December 12, 1987:

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

     If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

-3-

**RESTITUTION**

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

**APPEAL**

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

**PAYMENTS**

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court |
| | 106 Gene Snyder U.S. Courthouse |
| | 601 West Broadway |
| | Louisville, KY 40202 |
| | 502/625-3500 |
| | |
| BOWLING GREEN: | Clerk, U.S. District Court |
| | 120 Federal Building |
| | 241 East Main Street |
| | Bowling Green, KY 42101 |
| | 270/393-2500 |
| | |
| OWENSBORO: | Clerk, U.S. District Court |
| | 126 Federal Building |
| | 423 Frederica |
| | Owensboro, KY 42301 |
| | 270/689-4400 |
| | |
| PADUCAH: | Clerk, U.S. District Court |
| | 127 Federal Building |
| | 501 Broadway |
| | Paducah, KY 42001 |
| | 270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

-4-